1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sharon Leigh Mahoney

7

8

9

10  **UNITED STATES DISTRICT COURT**

11  **CENTRAL DISTRICT OF CALIFORNIA**

12  SHARON LEIGH MAHONEY,            ) Case No.: 5:13-cv-01523-MRW
                                     )
13       Plaintiff,                  ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
14       vs.                         ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting        ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
16                                   )
         Defendant                   )
17                                   )
                                     )
18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21       IT IS ORDERED that fees and expenses in the amount of $4,200.00, as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23
    DATE: December 19, 2014
24
                                          _____
25                                        THE HONORABLE MICHAEL R. WILNER
                                          UNITED STATES MAGISTRATE JUDGE
26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Young Cho*
   _____
4  Young Cho
   Attorney for plaintiff Sharon Leigh Mahoney

-2-